# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155094 & (14)

DARRELL PRATT,
      Plaintiff-Appellee,

v

SC: 155094
COA: 336030
Wayne CC: 15-004286-NI

TERRELL WRIGHT and CITY OF DETROIT,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2017



Clerk

a0117